AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____\*\*\*\*\*_____DISTRICT OF\_\_NEVADA_____

JOSE LOPEZ GARCIA,,

           Petitioner,          **JUDGMENT IN A CIVIL CASE**

  V.

                            CASE NUMBER:  3:10-cv-00140-LRH-RAM

STATE OF NEVADA, *et al.*,

           Respondents.

__    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

 **X**     **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the petition is **DISMISSED IN ITS ENTIRETY,** as untimely.

      **IT IS FURTHER ORDERED** that petitioner is **DENIED A CERTIFICATE OF APPEALABILITY.**

    \_\_February 22, 2011\_\_                \_\_**LANCE S. WILSON**\_\_
                                         Clerk

                                  \_\_/s/ D. R. Morgan\_\_\_\_
                                       Deputy Clerk